UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Schantelle Mello <br>    Plaintiff, <br><br> v. <br><br> Warren Housing Authority <br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 24-cv-00091-MSM-PAS |

**<u>JUDGMENT</u>**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Text Order of 5/23/2024

                                               Enter:

                                               /s/ Carrie L. Potter
                                               Deputy Clerk

Dated: 5/23/2024